[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-12452

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 16, 2009
THOMAS K. KAHN
CLERK

D.C. Docket No.  06-01885-CV-TWT-1


HOLLY A. PARKS,

                                        Plaintiff-Appellant,

                    versus


LURITA A. DOAN,
Administrator, General Services Administration,

                                        Defendant-Appellee.


_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(January 16, 2009)


Before WILSON and COX, Circuit Judges, and Albritton,* District
Judge.

_____

  * Honorable W. Harold Albritton, III, United States District Judge for the Middle District
of Alabama, sitting by designation.

PER CURIAM:

The Plaintiff, Holly A. Parks, appeals the district court's order granting the Defendant Lurita Doan's motion for summary judgment. After a thorough de novo review and consideration of the record, the parties' briefs, and the oral arguments of counsel, we find that Parks has failed to demonstrate any genuine issue of material fact. We further find that Doan is entitled to judgment based on the facts before the court. Thus, we affirm the district court's grant of summary judgment in favor of Doan.

**AFFIRMED**.